# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUIS MANCILLA ARROYO,<br>    Plaintiff,<br>   v.<br>U.S.P. LOMPOC, et al.,<br>    Defendant. | No. 2:24-cv-01656-DDP-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Complaint is dismissed for failure to prosecute and to follow court orders.
3. Judgment shall be entered dismissing this action without prejudice.

4.     The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  May 5, 2025

_____
HONORABLE DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE