JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUIS MANCILLA ARROYO,<br>   Plaintiff,<br>  v.<br>U.S.P. LOMPOC, et al.,<br>   Defendant. | No. 2:24-cv-01656-DDP-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed without prejudice.

DATED: <u>May 5, 2025</u>

               _____
               HONORABLE DEAN D. PREGERSON
               SENIOR UNITED STATES DISTRICT JUDGE